# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIAR McCART, ) | CIVIL ACTION NO. |
| ) | 1:21-cv-04247-CAP-LTW |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| EQUITY PRIME MORTGAGE, LLC. ) | |
| AND MARK MOLOUGHNEY ) | |
| in his Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

## SECOND NOTICE OF DEPOSITION OF EDDY PEREZ

Please take notice that on February 29, 2024, beginning at 10:00 a.m., Plaintiff's counsel will take the deposition of Eddy Perez.  The deposition will be taken at the offices of Elarbee, Thompson, Sapp & Wilson LLP, 800 International Tower, 229 Peachtree Street NE, Atlanta, Georgia 30303, upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45.  The deposition will be taken by Plaintiff's counsel before an officer duly authorized by law to take depositions. The deposition will be recorded by stenographic means and/or videotape. The deposition will continue from day to day until its completion. Pursuant to Rule 32 of the Federal Rules of Civil Procedure, notice is hereby given that the Plaintiff may introduce the deposition testimony of the deponent at trial.

Submitted this 12th day of February 2024.

                                             LEGARE, ATTWOOD & WOLFE, LLC

                                             **Amelia A. Ragan**
                                             Georgia Bar No. 381387
                                             aaragan@law-llc.com

125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TIAR McCART, | ) | CIVIL ACTION NO. |
| | ) | 1:21-cv-04247-CAP-LTW |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| EQUITY PRIME MORTGAGE, LLC. | ) | |
| AND MARK MOLOUGHNEY | ) | |
| in his Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically filed the foregoing **SECOND NOTICE OF DEPOSITION OF EDDY PEREZ** with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send email notification of such filing to all attorneys of record:

    Brent L. Wilson:  bwilson@elarbeethompson.com
    Shannon L. Smith:  smith@elarbeethompson.com

                **LEGARE, ATTWOOD & WOLFE, LLC**

                **Amelia A. Ragan**
                Georgia Bar No. 381387
                aaragan@law-llc.com