IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIAR MCCART,<br>    Plaintiff,<br><br>v.<br><br>EQUITY PRIME MORTGAGE, LLC<br>and MARK MOLOUGHNEY,<br>    Defendants. | CIVIL ACTION NO.<br>1:21-cv-04247-CAP-LTW |

**ORDER**

On July 2, 2024 the parties came before the Court for a status conference regarding mediation. Because the parties consent and agree that mediation may facilitate a resolution to this case without further proceedings, the Court **REFERS** the above case to Chief Magistrate Judge Vineyard for assignment for mediation before the next Magistrate Judge on the rotation. Additionally, all pre-trial and dispositive motions deadlines are hereby **STAYED** through the completion of the mediation. Within five days of the conclusion of the mediation, the parties shall file a status report on the mediation's outcome. If the mediation is unsuccessful, then the stay shall automatically lift, and the parties shall propose new deadlines for dispositive motions.

**SO ORDERED**, this 3rd day of July, 2024.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE