**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**MAGISTRATE JUDGE'S CIVIL MINUTES**

PRETRIAL PROCEEDINGS & MOTIONS     DATE: 10/14/24 @ 10:00 AM
MAGISTRATE JUDGE: ALAN J. BAVERMAN     TIME: 15 minutes
DEPUTY CLERK: NONE     Zoom
**CASE NO.: 1:21-CV-4247-AT-LTW**

**CASE CAPTION: Tiar McCart v. Equity Prime Mortgage, LLC, and Mark Moloughney**

**Plaintiff present:**

**Defendants present:**

**Others present:**

**Counsel for Plaintiff present: Amelia A. Ragan**

**Counsel for Defendant present: Brent L. Wilson, Shannon L. Smith**

**Type of hearing:**
(  ) Discovery conference
(  ) Oral argument on motions
(  ) Pretrial Conference
(  ) Telephone Conference
(  ) Social Security Hearing
(X) M**ediation conference**

**SUMMARY OF PROCEEDINGS:**

Follow-up to previously-held mediation conference and transmission of mediator's number to parties. Mediator proposed payment terms to counsel, who will speak with respective clients. Depending on clients' responses, further proceedings may be held.